*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 25, 2014                518727
_____

In the Matter of the Claim of
    LAUREN P. BRIGGS,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  August 4, 2014

Before:  Lahtinen, J.P., Garry, Rose, Egan Jr. and Clark, JJ.

_____

        Lauren P. Briggs, Camillus, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed July 9, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., Garry, Rose, Egan Jr. and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court